IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MARY E. WILSON,**

        Plaintiff,                              No. 3:19-cv-02104-MO

    v.

                                                               JUDGMENT

**SECRETARY OF VETERANS AFFAIRS,**

        Defendant.

**MOSMAN, J.**,

    Based upon the Order of the Court [24], it is ordered and adjudged that this action is DISMISSED with prejudice.

    DATED this  18th  day of December, 2020.

                                                        *Michael W. Mosman*
                                                        MICHAEL W. MOSMAN
                                                        United States District Judge

1 – JUDGMENT